**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

RICARDO NAVARRETE, on behalf of himself and others similarly situated,

                       Plaintiff,

                 -against-

MILANO MARKET PLACE, INC., d/b/a MILANO MARKET, et al.,

                       Defendants.

------------------------------------------------------------x

No. 18-CV-7858 (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Having been advised that the parties have reached a settlement, ECF 15, the parties shall jointly submit a proposed settlement agreement for approval by **September 16, 2019**. The parties shall attach to the executed settlement agreement a joint letter motion explaining why the settlement agreement is fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). The letter motion should provide sufficient detail on the method used to determine the settlement amount as well as detailed billing records to support any claim for attorney's fees.

      **SO ORDERED.**

Dated: August 14, 2019
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge